# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IDA ALETHEA JOHNSON, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK BISIGNANO, ) <br> *Commissioner of Social Security*, ) <br> Defendant. ) | CIVIL ACTION NO. 2:24-00202-N |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Ida Alethea Johnson, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Johnson's applications for Social Security benefits.

**DONE** this the **30th** day of **September 2025**.

 */s/ Katherine P. Nelson*
 **KATHERINE P. NELSON**
 **UNITED STATES MAGISTRATE JUDGE**